## NELSON GRANGER ET AL. *v.* A. AIUDI AND SONS ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 60 Conn. App. 36 (AC 19192), is denied.

*James H. Throwe* and *Gregory P. Granger*, in support of the petition.

*Peter J. Zagorsky*, in opposition.

Decided November 8, 2000

## R AND R POOL AND PATIO, INC., ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF RIDGEFIELD

The defendant's petition for certification for appeal from the Appellate Court, 60 Conn. App. 82 (AC 19234), is granted, limited to the following issue:

"Did the Appellate Court properly reverse the trial court's dismissal of the plaintiffs' appeal from the zoning enforcement officer's cease and desist order?"

The Supreme Court docket number is SC 16422.

*Patricia C. Sullivan*, in support of the petition.

*Robert A. Fuller*, in opposition.

Decided November 8, 2000